LEPPERT ET AL. *v.* VANDALIA RAILROAD COMPANY ET AL.

[No. 10,000. Filed November 20, 1917. Rehearing denied February 1, 1918. Transfer denied April 10, 1918.]

APPEAL.—*Time for Taking Appeal.—Dismissal.*—Where a judgment was rendered on December 9, 1916, and no motion for a new trial was filed until June 8, 1917, the appeal was not taken within the time fixed by statute and it must be dismissed.

From Marion Superior Court (100,147); *Vincent G. Clifford,* Judge.

Action by Lorenz Leppert and others against the Vandalia Railroad Company and others. From the judgment rendered, the plaintiff appeals. *Appeal dismissed.*

*George W. Galvin,* for appellants.
*Pickens, Moores, Davidson & Pickens,* for appellees.

DAUSMAN, J.—The judgment in this cause was rendered on December 9, 1916. No motion for a new

trial was filed. The transcript was filed in this court on June 8, 1917, and therefore the appeal was not taken within the time fixed by statute.

Appeal dismissed.

NOTE.—Reported in 117 N. E. 656.